IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:11-cr-193-DPM-2

WILLIAM HICKMAN a/k/a Scotty                               DEFENDANT

ORDER

The Court held a trial for William Hickman beginning 26 February 2013. Hickman appeared in person and through his attorney, Arkie Byrd, of Mays, Byrd & Associates, P.A. The United States was present in the persons of Anne Gardner and Chris Givens. The Court seated and swore a twelve-person jury. Presentation of evidence concluded on February 27th. Both parties made closing arguments and the Court instructed the jury on the law on the morning of February 28th.

On the afternoon of March 1st, the jury reported that it had reached a unanimous verdict on Count 1, but that it was hopelessly deadlocked on Count 3 of the Second Superseding Indictment. The Court therefore declares a mistrial as to Count 3. A new trial date will be set by separate order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2013