IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.           No. 4:11-cr-193-DPM-2

WILLIAM HICKMAN, aka Scotty
Reg. No. 26589-111            DEFENDANT

## ORDER

Hickman moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health. *Doc. 159*. The Bureau of Prisons denied Hickman's request to file a compassionate release motion on his behalf; and Hickman has exhausted his administrative rights to appeal that denial. *Doc. 159 at 1, 8–14*. He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Hickman is a black man in his late-forties who has chronic myeloid leukemia. His concerns about the virus are therefore understandable. Hickman recently recovered from the virus, though, without any apparent complications. And the Bureau of Prisons has begun vaccinating staff and inmates. More than 1,000 staff members and inmates have been vaccinated at the Butner complex—more than at any other facility thus far. https://www.bop.gov/coronavirus (accessed 8 March 2021). The Court is therefore hopeful that the risk

that COVID-19 presents to Hickman and other prisoners at Butner is declining. Further, Hickman has served only about half of his eighteen-year sentence; and that sentence was a substantial downward variance from his career offender advisory Guidelines range.* Reducing Hickman's sentence by more than seven years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter him and others. All material things considered, the statute's remedy — reducing Hickman's sentence to time served — is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 159*, is therefore denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2021

---

* Although Hickman believes he would no longer qualify as a career offender, the United States Court of Appeals for the Eighth Circuit has not adopted that reading of the law. *United States v. Jefferson*, 975 F.3d 700, 707–08 (8th Cir. 2020), *petition for cert. filed* No. 20-6745.