IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    No. 4:11-cr-193-DPM-2

WILLIAM HICKMAN, aka Scotty
Reg. No. 26589-009                                          DEFENDANT

## ORDER

In 2023, the United States Sentencing Commission expanded the list of what qualifies as an extraordinary and compelling reason justifying compassionate release. In light of these changes, Hickman has filed another motion for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i). There are no exhaustion issues, so he can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

Hickman is sick, no doubt. He has chronic myeloid leukemia. But he is receiving treatment. He is housed at a federal medical facility. Hickman has complaints about the level of treatment he is receiving. But these grievances don't come near the level of deliberate indifference.

The Sentencing Commission's changes don't affect the deep issue when it comes to Hickman. The Court sentenced him to 18 years (216 months). That was 46 months—almost four years—below the low end of the Guidelines range. He's served 12 years and a bit. All

material things considered, the statute's remedy — reducing Hickman's sentence to time served — is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 167*, is therefore denied. His motion for appointed counsel, *Doc. 166*, is denied, too.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

6 May 2025